[No. 29089-4-I.   Division One.   June 21, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD
LOUIS MITCHELL, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 91-1-00353-6, Anthony P. Wartnik, J., entered
August 29, 1991. *Dismissed* by unpublished per curiam opinion.

[No. 29391-5-I.   Division One.   June 21, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. SALVADOR
G. TAPIA, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 91-1-00994-1, James A. Noe, J., entered September 25, 1991. *Affirmed* by unpublished per curiam opinion.

[No. 30617-1-I.   Division One.   June 21, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. MARGIANN
J. SOLOMON, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 92-8-00005-9, Arden J. Bedle, J. Pro
Tem., entered April 2, 1992. *Dismissed* by unpublished per
curiam opinion.

[Nos. 28392-8-I; 30169-1-I.   Division One.   June 21, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. CHEVEZ
JOHNSON, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 91-1-00138-8, Joseph A. Thibodeau, J.,
entered April 25, 1991. *Affirmed in part* and *reversed in
part* by unpublished per curiam opinion.